7097

## BROWN v. ANSEL, GOVERNOR.

MANDAMUS—GOVERNOR—NEW COUNTIES.—Whether the Governor should order an election on the question of a township of one county being annexed to another before appointing a commission to ascertain the constitutional requisites is discretionary with him, and mandamus will not be issued to compel him to do so. Will mandamus lie against the Governor?

Petition in the original jurisdiction of this Court by A. J. Brown, J. J. Williams *et al.,* for writ of mandamus against Hon. M. F. Ansel, Governor, to require him to order an election on the question of Woodberry Township, in Marion county, being annexed to Horry county, without first appointing a commission to ascertain and report to him as to the facts stated in the petition, and also as to whether all the requirements of the Constituion and laws of the State with reference to the alleged annexation, so far as relates to territory, population and other necessary facts. have been complied with.

*Mr. B. Wofford Wait,* for petitioners.

January 26, 1909.  PER CURIAM.  After reading the petition herein, the Court is of the opinion that rule to show cause should not issue.  Even if the Governor is subject to our writ of mandamus, a question noticed but not decided in *State* v. *Ansel,* 76 S. C., 406, 57 S. E., 185, it appears from the petition that the act sought to be compelled is not a plain ministerial duty, but involves the exercise of discretion, and is, therefore, not compellable by mandamus.  See section 580, Civil Code, and *State ex rel. Reese* v. *Ansel,* 78 S. C., 331, 58 S. E., 933.